1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9   BRANDON ALEXANDER FERNANDEZ,

10              Petitioner,                          No. 2:11-cv-2760 KJN P

11          vs.

12   MIKE McDONALD, et al.,

13              Respondents.                         ORDER

14   _____/

15          Petitioner is a state prisoner, proceeding without counsel, with a petition for writ

16   of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 1, 2012, this action was dismissed.  On

17   May 17, 2012, petitioner filed a notice of appeal.

18          On May 31, 2012, petitioner filed a motion for appointment of counsel on appeal.

19   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall forward petitioner's

20   motion for appointment of counsel on appeal (Dkt. No. 19) to the Ninth Circuit Court of

21   Appeals.

22   DATED:  June 20, 2012

23

24                                          _____
                                            KENDALL J. NEWMAN
25                                          UNITED STATES MAGISTRATE JUDGE

26   fern2760.110