IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FERNANDEZ,

    Petitioner,                                      No. 2:11-cv-2760 KJN P

    vs.

MIKE McDONALD, et al.,

    Respondents.                                  ORDER

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 1, 2012, this action was dismissed.  On May 17, 2012, petitioner filed a notice of appeal.

        On May 31, 2012, petitioner filed a motion for appointment of counsel on appeal.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall forward petitioner's motion for appointment of counsel on appeal (Dkt. No. 19) to the Ninth Circuit Court of Appeals.

DATED:  June 20, 2012

                                             _____
                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

fern2760.110