IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FERNANDEZ,

    Petitioner,                        No. 2: 11-cv-2760 KJN P

    vs.

MIKE McDONALD, et al.,

    Respondents.                  <u>ORDER</u>

_____/

       Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 1, 2012, the undersigned granted respondent's motion to dismiss on grounds that this action is barred by the statute of limitations.

       On August 2, 2012, the Ninth Circuit Court of Appeals remanded this matter for the limited purpose of granting or denying a certificate of appealability.

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). For the reasons stated in the May 1, 2012 order, the undersigned finds that petitioner has not made a substantial showing of the denial of a constitutional right.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. A certificate of appealability is not issued;

2. The Clerk of the Court is directed to serve this order on the Ninth Circuit Court of Appeals.

DATED: August 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fern2760.coa